IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC**,<br><br>      Plaintiff,<br><br>      v.<br><br>**LINGFU ZHANG**,<br><br>      Defendant. | Case No. 3:16-cv-1443-SI<br><br>**JUDGMENT** |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 17th day of January, 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge