# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC**, | Case No. 3:16-cv-1443-SI |
| Plaintiff, | **SUPPLEMENTAL JUDGMENT** |
| v. | |
| **LINGFU ZHANG**, | |
| Defendant. | |

Based on the Court's OPINION AND ORDER, dated June 18, 2018,

**IT IS ADJUDGED** that Defendant is awarded, payable by Plaintiff, attorney's fees in the amount of $45,396 and costs in the amount of $2,011.70.

DATED this 29th day of June, 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge