David H. Madden
Mersenne Law
9600 S.W. Oak Street
Suite 500
Tigard, Oregon  97223
(503) 679-1671
ecf@mersenne.com

# United States District Court

## District of Oregon

### Portland Division

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC,**<br>*Plaintiff*<br><br>v.<br><br>**Lingfu ZHANG**<br>*Defendant* | Civil Action No.:...................3:16-cv-1443-SI<br><br>**SATISFACTION OF JUDGMENT** |

Whereas, a judgment was entered in the above-identified action on 29 June 2018 against the Plaintiff and in favor of the Defendant in the amount of $47,407.70, and the Defendant hereby acknowledges that the judgment has been fully paid and certifies there are no outstanding amounts owed by the Plaintiff.

THEREFORE, a full and complete satisfaction of this judgment is hereby acknowledged and the Court is authorized and directed to make entry thereof.

Respectfully submitted,

15 August 2018
_____    _____
         Date                   David H. Madden, SBN OR080396
                                Attorney for Defendant ZHANG