UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 6 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FATHERS & DAUGHTERS NEVADA,
LLC,

               Plaintiff-Appellant,

  v.

LINGFU ZHANG,

             Defendant-Appellee.

No. 18-35430

D.C. No. 3:16-cv-01443-SI
District of Oregon,
Portland

ORDER

The appellant's motion (Docket Entry No. 7) for voluntary dismissal is

granted.  This appeal is dismissed.  Fed. R. App. P. 42(b).  A copy of this order

sent to the district court shall act as and for the mandate of this court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/9.3.18/Pro Mo